FILED

04/18/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0535

IN THE SUPREME COURT OF THE STATE OF MONTANA

Cause No. DA 21-0535

_____

FLATHEAD LAKERS INC., a Montana non-profit public benefit corporation,
AMY J. WALLER, STEVEN F. MOORE, CYNTHIA S. EDSTROM,
ADELE ZIMMERMAN, MARTIN FULSAAS and GAIL A. WATSON-
FULSAAS, LAUREL FULLERTON, ALAN and DEIRDRE COIT, and FRANK
M. WOODS,

          Petitioners/Appellees,

WATER FOR FLATHEAD'S FUTURE,

          Intervenor/Appellee,

     v.

MONTANA DEPARTMENT OF NATURAL RESOURCES AND
CONSERVATION,

          Respondent/Appellant,

and MONTANA ARTESIAN WATER COMPANY,

          Respondent/Appellant

_____

On Appeal from the Montana First Judicial District Court, Lewis and Clark
County,
Honorable Kathy Seeley Presiding
Cause No. CDV-2018-135

_____

**ORDER**

_____

Upon consideration of Montana Artesian Water Company's motion for an extension of time, made pursuant to M.R.App.P., Rule 26, and good cause appearing,

IT IS HEREBY ORDERED that Appellant is granted a 30-day extension from the current deadline of April 21, 2022, within which to file its opening brief. Appellant's brief is now due on or before May 13, 2022.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
April 16 2022